## CIRCUIT COURT OF THE CITY OF HAMPTON

Stephen D. Olson

v.

Allstate Insurance Co.

January 30, 1998

Case No. (Law) 35042

BY JUDGE CHRISTOPHER W. HUTTON

Following the hearing last month on the defendant's demurrer, I have reviewed the pleadings and read the subsequent briefs and the case law submitted.

I concur with the opinion of Judge F. Ward Harkrader, Jr., in *Copenhaver v. Davis*, 29 Va. Cir. 121 (1992), and I rule that the demurrer in this case should be overruled. I do believe that the General Assembly created the potential remedy which the plaintiff seeks here in their passage of Virginia Code § 8.01-66.1(D)(1). I also note the additional two cases cited from another judge of this Circuit in bench rulings which resulted in the same conclusion.